**IN THE UNITED STATES DISTRICT COURT FOR MARYLAND
SOUTHERN DIVISION**

**JOHANNES FRANCISCUS MARIA**      :
**ZWETSLOOT, Individually, and as**
**Parent and Next Friend of M.E.Z.,**      :
**a Minor**
6500 Marjory Lane      :
Bethesda, MD  20817

                      :

       Plaintiffs

                      :

      **v.**                  **Case No.:**  _____

                      :

**JUAN C. SOTO**
5110 8ᵗʰ Road S.      :      **JURY TRIAL DEMANDED**
Apt. 314
Arlington, VA  22204      :

       Defendant      :
_____

**COMPLAINT**

COME NOW the Plaintiffs, Johannes Franciscus Maria Zwetsloot, Individually, and as Parent and Next Friend of M.E.Z., a Minor, by and through counsel, McCarthy Wilson LLP and Robert B. Hetherington, and hereby sue the Defendant, Juan C. Soto, and in support thereof state as follows:

**PARTIES**

1.      Plaintiff, Johannes Franciscus Maria Zwetsloot, is an adult foreign diplomat who resides at 6500 Marjory Lane in Bethesda (Montgomery County), Maryland 20817.

LAW OFFICES

McCARTHY WILSON LLP

A LIMITED LIABILITY PARTNERSHIP

WWW.MCWILSON.COM

1

2.     Plaintiff, M.E.Z., a Minor, is the daughter of Johannes Franciscus Maria Zwetsloot, and resides at 6500 Marjory Lane in Bethesda (Montgomery County), Maryland 20817.

3.     Upon information and belief, Defendant, Juan C. Soto, is an adult who resides at 5110 8th Road S., Apt. 314, Arlington (Arlington County), Virginia 22204.

## JURISDICTION AND VENUE

4.     This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332, based upon the complete diversity of citizenship of the parties to the causes of action which are for an amount exceeding Seventy-Five Thousand Dollars ($75,000.00) exclusive of pre-judgment and post-judgment interest, costs, and attorneys' fees.

5.     Venue lies in the United States District Court for Maryland, Southern Division, because the motor vehicle collision that gives rise to Plaintiffs' claims occurred in Montgomery County, Maryland.

## FACTS

6.     Plaintiffs, Johannes Franciscus Maria Zwetsloot, Individually, and as Parent and Next Friend of M.E.Z., a Minor, realleges and incorporates by reference Paragraphs 1 through 5.

7.     On July 18, 2025, at approximately 8:00 PM, Plaintiff, Johannes Franciscus Maria Zwetsloot, was lawfully operating his Jeep Grand Cherokee in the Brookmont region of westbound Clara Barton Parkway in Montgomery County, Maryland.

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

8. At all times herein referenced, Minor Plaintiff, M.E.Z., was the front-seat passenger of the vehicle operated by Johannes Franciscus Maria Zwetsloot.

9. At the same time and place, Defendant, Juan C. Soto, was operating his Toyota 4-Runner eastbound on the Clara Barton Parkway when he negligently crossed the center line into the path of Plaintiffs' vehicle and violently collided into their vehicle causing property damage and serious physical and emotional injuries to the Plaintiffs.

10. The investigating police officers who responded to the scene of the accident determined that the Defendant was operating his motor vehicle under the influence of alcohol and/or drugs, and cited him with a number of violations arising from same.

## COUNT I
### Plaintiff Johannes Franciscus Maria Zwetsloot, Individually
### (Negligence)

11. Plaintiff, Johannes Franciscus Maria Zwetsloot, Individually, realleges and incorporates herein by reference Paragraphs 1 - 10 of this Complaint.

12. Defendant, Juan C. Soto, was negligent in the operation of his motor vehicle on July 18, 2025 by failing to maintain proper control of his vehicle, driving in a reckless manner, unsafely operating his vehicle, driving under the influence of alcohol and/or drugs, and was otherwise negligent.

13. As a direct and proximate result of Defendant's negligence, Plaintiff, Johannes Franciscus Maria Zwetsloot, suffered pre-impact fright, has suffered and will continue to suffer physical pain, emotional pain, and mental anguish, and incurred medical expenses, lost wages, property damage to his vehicle, and was otherwise damaged.

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

WHEREFORE, Plaintiff, Johannes Franciscus Maria Zwetsloot, Individually, seeks damages and demands judgment against Defendant, Juan C. Soto, in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus pre-judgment and post-judgment interest and costs as provided by law.

## COUNT II
### Plaintiff Johannes Franciscus Maria Zwetsloot, as Parent and Next Friend of M.E.Z., a Minor
### (Negligence)

14.     Plaintiff, Johannes Franciscus Maria Zwetsloot, as Parent and Next Friend of M.E.Z., a Minor, realleges and incorporates herein by reference Paragraphs 1 - 13 of this Complaint.

15.     Defendant, Juan C. Soto, was negligent in the operation of his motor vehicle on July 18, 2025 by failing to maintain proper control of his vehicle, driving in a reckless manner, unsafely operating his vehicle, driving under the influence of alcohol and/or drugs, and was otherwise negligent.

16.     As a direct and proximate result of Defendant's negligence, the Minor Plaintiff, M.E.Z., has suffered and will continue to suffer physical pain, emotional pain, medical expenses, mental anguish, and was otherwise damaged.

17.     Further, Minor Plaintiff, M.E.Z., suffered great psychological trauma as a result of the subject motor vehicle accident including, but not limited to, pre-impact fright and post-traumatic stress disorder.

WHEREFORE, Plaintiff, Johannes Franciscus Maria Zwetsloot, as Parent and Next Friend of M.E.Z., a Minor, seeks damages and demands judgment against

Defendant, Juan C. Soto, in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus pre-judgment and post-judgment interest and costs as provided by law.

Respectfully submitted,

McCARTHY WILSON LLP

By: _____

Robert B. Hetherington, Esquire (Bar #04039)
2200 Research Boulevard
Suite 500
Rockville, Maryland 20850
301-762-7770
hetheringtonr@mcwilson.com
*Counsel for Plaintiffs*

## JURY DEMAND

The Plaintiffs hereby demand a trial by jury on all issues contained in this Complaint.

_____

Robert B. Hetherington